IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEFINA PEREZ, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CA No. 4:21-cv-00102-FL |
| | ) | |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| RALEIGH, N.C.; SAINT PETER | ) | |
| CATHOLIC CHURCH, | ) | |
| | ) | |
| *Defendants*. | | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL DOCKET 1-1

Before the Court is Plaintiff's Motion to Seal Exhibit A, Dkt. 1-1, attached to Plaintiff's Complaint, Dkt. 1. The Exhibit consists of sensitive and confidential contact information of Plaintiff. Plaintiff has filed an appropriately redacted version at DE 8.

For this reason and for good cause shown, Plaintiff's Motion to Seal Docket 1-1 is GRANTED. It is ordered that Exhibit A, Dkt. 1-1, shall be SEALED until further order of this Court.

SO ORDERED, this 20th day of September, 2021.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE